GEORGE EARL CHARLES SEYMOUR, ESQ., SBN: 223858
LAW OFFICES OF GEORGE SEYMOUR
Post Office Box 2033
Beverly Hills, CA 90213
310.770.8298

FILED
2008 AUG 29 PM 1:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAVID NATHANIEL PENCE,

Plaintiff,

vs.

SCRIPPS HOSPITALS,

Defendant

Case No.: No. '08 CV 1592 DMS JMA

EMERGENCY PETITION FOR EXTRAORDINARY WRIT OF PROHIBITION TO ENJOINING DEFENDANT FROM RELEASING CONFIDENTIAL MEDICAL RECORDS OF PETITIONER.

(UNOPPOSED BY DEFENDANT)

Petitioner DAVID NATHANILE PENCE, seeking to protect his confidential medical records, petitions this Court for an Emergency Order enjoining Defendant, SCRIPPS HOSPITALS, from releasing his confidential medical records. Defendant, SCRIPPS HOSPITALS, by and through its' General Counsel Mr. Richard Rice Sheridan, Esq. has informed Petitioner's counsel that SCRIPPS HOSPITALS will NOT oppose an Emergency Petition for a WRIT OF PROHIBITION.

On August 17, 2008, Petitioner was involved in an automobile accident. After the accident, police were called to the scene, at which time Petitioner indicated to police that he was not driving the vehicle in question. Petitioner was injured, but was able to provide a description of the person who was driving the vehicle. Petitioner was subsequently taken to and treated at SCRIPPS MERCY hospital in Hillcrest, California.

On August 27, 2008, an accident report was released naming Petitioner as the driver of the car (attached as exhibit 1). The accident report:

(1) shows NO witnesses;

(2) makes no statements from any person contradicting Petitioner's statement that he was not driving the vehicle;

(3) makes reference to a report that does not currently exist for "Statements;"

(4) lists the cause of the accident as a violation of CVC 22350 (for which Petitioner was not cited);

(5) lists an "associated factor" as CVC 23152(a) (DUI) (indicating Petitioner was cited);

(6) makes NO reference to Petitioner's statements;

(7) indicates no police PAS testing of Petitioner; and

(8) indicates no BAC of Petitioner.

## POINTS AND AUTHORITIES

While petitioner is unaware of any attempt to obtain his confidential medical records, or even under what theory any police or prosecuting agency may attempt to procure Petitioner's private confidential medical records, Petitioner is asserting his rights to maintain his medical records confidential under 42 U.S.C. §290dd-2 and 42 C.F.R. §2.22. Until such time that any police or prosecuting agency can and DOES prove to this court a valid legal argument exists for obtaining Petitioner's confidential medical records, Petitioner's medical records MUST be kept confidential.

42 U.S.C. §290dd-2 reads, in relevant part:

**42 U.S.C. §290dd-2—Confidentiality of Records**

(a) Requirement. Records of the identity, diagnosis, prognosis, or treatment of any patient which are maintained in connection with the performance of any program or activity relating to substance abuse education, prevention, training, treatment, rehabilitation, or

research, which is conducted, regulated, or directly or indirectly assisted by any department or agency of the United States shall, except as provided in subsection (e), be confidential and be disclosed only for the purposes and under the circumstances expressly authorized under subsection (b).

(b) ...

(c)   Use of records in criminal proceedings. Except as authorized by a court order granted under subsection (b)(2)(C) no record referred to in subsection (a) may be used to initiate or substantiate any criminal charges against a patient or to conduct any investigation of a patient.

(d)   Application. The prohibitions of this section continue to apply to records concerning any individual who has been a patient, irrespective of whether or when such individual ceases to be a patient.

(e)   ...

(f)   Penalties. Any person who violates any provision of this section or any regulation issued pursuant to this section shall be fined in accordance with Title 18, United States Code.

42 C.F.R. §2.13 reads, in its entirety:

§2.13 Confidentiality restrictions.

(a)   General. The patient records to which these regulations apply may be disclosed or used only as permitted by these regulations and may not otherwise be disclosed or used in any civil, criminal, administrative, or legislative proceedings conducted by any Federal, State, or local authority. Any disclosure made under these regulations must be limited to that information which is necessary to carry out the purpose of the disclosure.

(b)   Unconditional compliance required. The restrictions on disclosure and use in these regulations apply whether the holder of the information believes that the person seeking the information already has it, has other means of obtaining it, is a law enforcement or

other official, has obtained a subpoena, or asserts any other justification for a disclosure or use which is not permitted by these regulations.

(c) Acknowledging the presence of patients: Responding to requests.

 (1) The presence of an identified patient in a facility or component of a facility which is publicly identified as a place where only alcohol or drug abuse diagnosis, treatment, or referral is provided may be acknowledged only if the patient's written consent is obtained in accordance with subpart C of these regulations or if an authorizing court order is entered in accordance with subpart E of these regulations. The regulations permit acknowledgment of the presence of an identified patient in a facility or part of a facility if the facility is not publicly identified as only an alcohol or drug abuse diagnosis, treatment or referral facility, and if the acknowledgment does not reveal that the patient is an alcohol or drug abuser.

 (2) Any answer to a request for a disclosure of patient records which is not permissible under these regulations must be made in a way that will not affirmatively reveal that an identified individual has been, or is being diagnosed or treated for alcohol or drug abuse. An inquiring party may be given a copy of these regulations and advised that they restrict the disclosure of alcohol or drug abuse patient records, but may not be told affirmatively that the regulations restrict the disclosure of the records of an identified patient. The regulations do not restrict a disclosure that an identified individual is not and never has been a patient.

"Patient identifying information" means, according to 42 C.F.R. §2.11,

...the name, address, social security number, fingerprints, photograph, or similar information by which the identity of a patient can be determined with reasonable

accuracy and speed either directly or by reference to other publicly available information. The term does not include a number assigned to a patient by a program, if that number does not consist of, or contain numbers (such as a social security, or driver's license number) which could be used to identify a patient with reasonable accuracy and speed from sources external to the program.

42 C.F.R. §2.22 reads, in part,

### §2.22 Notice to patients of Federal confidentiality requirements.

(a)   Notice required. At the time of admission or as soon thereafter as the patient is capable of rational communication. Each program shall:
    (1)   Communicate to the patient that Federal law and regulations protect the confidentiality of alcohol and drug abuse patient records; and
    (2)   Give to the patient a summary in writing of the Federal law and regulations.
(b)....

On August 17, 2008, Petitioner presented for treatment at SCRIPPS MERCY HOSPITAL in Hillcrest, CA. Any information given to or obtained by hospital personnel in connection with Petitioner's diagnosis or treatment is confidential under the provisions of the aforementioned statutes, absent the legal showing of any exceptions or justification to such statutes. As such, SCRIPPS HOSPITALS, must not disclose ANY information concerning petitioner to ANY police or prosecuting agency.

These Federal Laws clearly were enacted to protect a patient's medical records. Once private medical records have been released, the "bell cannot be un-rung." While it is true that any evidence obtained illegally may be the subject of a suppression hearing at a later date, this does not and cannot cure the wrong that Petitioner is seeking prevent; **the unauthorized and**

1 **illegal disclosure of his private confidential medical records.** Up to and until such time that any police or prosecuting agency can and will attempt to PROVE to this court any exception to this federal statute, which includes evidence significantly more than what has been alleged in the attached Traffic Collision Report, Petitioner's medical records must be protected.

As such, Petitioner respectfully requests that this court GRANT Petitioner's unopposed request for an EXTRADORINARY WRIT OF PROHIBITION, enjoining SCRIPPS HOSPITALS from releasing the private confidential medical records of Petitioner, absent an ORDER from this Court.

Respectfully Submitted,

Dated this 29th day of August, 2008

By: _____
GEORGE EARL CHARLES SEYMOUR, ESQ.,
SBN:223858
LAW OFFICES OF GEORGE SEYMOUR
Post Office Box 2033
Beverly Hills, CA 90213
310.770.8298

# EXHIBIT 1

# STATE OF CALIFORNIA
# TRAFFIC COLLISION REPORT
CHP 555 Page 1 (Rev. 11-06) OPI 065

Page 1 of 6

**SPECIAL CONDITIONS:**
- NUMBER INJURED: 1
- HIT & RUN FELONY: ☐
- CITY: SAN DIEGO
- JUDICIAL DISTRICT:
- LOCAL REPORT NUMBER: **807183**
- NUMBER KILLED: 0
- HIT & RUN MISDEMEANOR: ☐
- COUNTY: SAN DIEGO
- REPORTING DISTRICT:
- BEAT: 444
- DAY OF WEEK: S M T W T F S (S circled)
- TOW-AWAY: ☒ YES ☐ NO

## LOCATION
- COLLISION OCCURRED ON: 3600 FEDERAL BLVD.
- MO: 8  DAY: 17  YEAR: 08  TIME (2400): 0418  NCIC #: 3711  OFFICER I.D.: 6477
- MILEPOST INFORMATION: FEET/MILES OF
- GPS COORDINATES: LATITUDE / LONGITUDE
- PHOTOGRAPHS BY: P. KEFFER I.D. 3858  ☐ NONE
- ☐ AT INTERSECTION WITH
- ☒ OR: 18 FEET/MILES  S OF N CURB LINE OF W OF E CURB LINE
- STATE HWY REL: ☒ YES ☐ NO

### PARTY 1
- DRIVER'S LICENSE NUMBER: B9442912
- STATE: CA
- CLASS: C
- AIR BAG: L
- SAFETY EQUIP: G
- VEH. YEAR: 95
- MAKE/MODEL/COLOR: CHRY/4D/BLUE
- LICENSE NUMBER: 4DMW960
- STATE: CA
- ☒ DRIVER
- ☐ PEDESTRIAN
- ☐ PARKED VEHICLE
- ☐ BICYCLIST
- ☐ OTHER
- NAME (FIRST, MIDDLE, LAST): DAVID NATHANIEL PENCE
- STREET ADDRESS: 9742 ARAPAHO ST
- CITY/STATE/ZIP: SPRING VALLEY CA 91977
- SEX: M  HAIR: RED  EYES: HZL  HEIGHT: 5'7  WEIGHT: 130  BIRTHDATE: 09 25 82  RACE: WHT
- HOME PHONE: / BUSINESS PHONE:
- INSURANCE CARRIER: / POLICY NUMBER:
- OWNER'S NAME: PAUL PENCE
- OWNER'S ADDRESS: ☒ SAME AS DRIVER
- DISPOSITION OF VEHICLE ON ORDERS OF: ☒ OFFICER ☐ DRIVER ☐ OTHER — ROAD ONE TOWING 2265ICHJVC
- PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT ☐ REFER TO NARRATIVE
- VEHICLE IDENTIFICATION NUMBER:
- VEHICLE TYPE: 4DR
- DESCRIBE VEHICLE DAMAGE: ☐ UNK ☐ NONE ☐ MINOR ☐ MOD ☒ MAJOR ☐ ROLL-OVER
- DIR OF TRAVEL: E  ON STREET OR HIGHWAY: E ON E OFFRAMP FOR 94 E AVE — HOME
- SPEED LIMIT: 65

### PARTY 2
(blank — large diagonal certification stamp across party 2 block)

### PARTY 3
(blank)

- PREPARER'S NAME: K. CRUMB 6477
- DISPATCH NOTIFIED: ☒ YES ☐ NO ☐ N/A
- REVIEWER'S NAME: K FORTIER 3721
- DATE REVIEWED: 8-18-08

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 08 17 08 | 0418 | 3711 | 6477 | 807183 |

**PROPERTY DAMAGE**
OWNER'S NAME:
OWNER'S ADDRESS: 1933 39th ST #B
NOTIFIED: ☐ YES  ☒ (NO)
DESCRIPTION OF DAMAGE: HEAD ON COLLISION TO BACK OF UNOCCUPIED HOUSE

### SEATING POSITION
- 1 - DRIVER
- 2 TO 6 - PASSENGERS
- 7 - STATION WAGON REAR
- 8 - REAR OCC. TRK. OR VAN
- 9 - POSITION UNKNOWN
- 0 - OTHER

### OCCUPANTS
- A - NONE IN VEHICLE
- B - UNKNOWN
- C - LAP BELT USED
- D - LAP BELT NOT USED
- E - SHOULDER HARNESS USED
- F - SHOULDER HARNESS NOT USED
- G - LAP/SHOULDER HARNESS USED
- H - LAP/SHOULDER HARNESS NOT USED
- J - PASSIVE RESTRAINT USED
- K - PASSIVE RESTRAINT NOT USED

### SAFETY EQUIPMENT
- L - AIR BAG DEPLOYED
- M - AIR BAG NOT DEPLOYED
- N - OTHER
- P - NOT REQUIRED

### CHILD RESTRAINT
- Q - IN VEHICLE USED
- R - IN VEHICLE NOT USED
- S - IN VEHICLE USE UNKNOWN
- T - IN VEHICLE IMPROPER USE

### M/C BICYCLE-HELMET
| | DRIVER | PASSENGER |
|---|---|---|
| V - NO | X - NO | |
| W - YES | Y - YES | |

### EJECTED FROM VEHICLE
- 0 - NOT EJECTED
- 1 - FULLY EJECTED
- 2 - PARTIALLY EJECTED
- 3 - UNKNOWN

### INATTENTION CODES
- A - CELLPHONE HANDHELD
- B - CELLPHONE HANDSFREE
- C - ELECTRONIC EQUIPMENT
- D - RADIO / CD
- E - SMOKING
- F - EATING
- G - CHILDREN
- H - ANIMALS
- I - PERSONAL HYGIENE
- J - READING
- K - OTHER

**ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.**

| PRIMARY COLLISION FACTOR LIST NUMBER (#) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|
| P1 A VC SECTION VIOLATED 22350 CVC ☒ CITED YES/NO | X A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED |
| B OTHER IMPROPER DRIVING* | B CONTROLS NOT FUNCTIONING* | | | | B CELL PHONE HANDHELD IN USE | | | | B PROCEEDING STRAIGHT |
| | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | X | | | C RAN OFF ROAD |
| | D NO CONTROLS PRESENT / FACTOR* | | | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN |
| D UNKNOWN* | A HEAD - ON | | | | F 75 FT MOTORTRUCK COMBO | | | | F MAKING U-TURN |
| | B SIDE SWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING |
| | C REAR END | | | | H | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE |
| X A CLEAR | X E HIT OBJECT | | | | J | | | | J CHANGING LANES |
| B CLOUDY | F OVERTURNED | | | | K | | | | K PARKING MANEUVER |
| C RAINING | G VEHICLE / PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC |
| D SNOWING | X H OTHER*: RAN OFF ROADWAY | | | | M | | | | M OTHER UNSAFE TURNING |
| E FOG / VISIBILITY   FT: | | | | | N | | | | N XING INTO OPPOSING LANE |
| F OTHER*: | MOTOR VEHICLE INVOLVED WITH | | | | O | | | | O PARKED |
| G WIND | A NON - COLLISION | | | | | | | | P MERGING |
| LIGHTING | B PEDESTRIAN | | | | | | | | Q TRAVELING WRONG WAY |
| A DAYLIGHT | C OTHER MOTOR VEHICLE | | | | OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS) | | | | R OTHER*: |
| B DUSK - DAWN | D MOTOR VEHICLE ON OTHER ROADWAY | | | | | | | | |
| X C DARK - STREET LIGHTS | E PARKED MOTOR VEHICLE | | | | A 23152(a) CVC ☒ CITED YES/NO | | | | |
| D DARK - NO STREET LIGHTS | F TRAIN | | | | B VC SECTION VIOLATION   CITED YES/NO | | | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | G BICYCLE | | | | C | | | | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| ROADWAY SURFACE | H ANIMAL | | | | | | | | |
| X A DRY | X I FIXED OBJECT: HOUSE | | | | D | | | | A HAD NOT BEEN DRINKING |
| B WET | J OTHER OBJECT: | | | | E VISION OBSCUREMENT* | | | | X B HBD - UNDER INFLUENCE |
| C SNOWY - ICY | | | | | F INATTENTION* | | | | C HBD - NOT UNDER INFLUENCE* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | | | | G STOP & GO TRAFFIC | | | | D HBD - IMPAIRMENT UNKNOWN* |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | | | | E UNDER DRUG INFLUENCE* |
| A HOLES, DEEP RUT* | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS COLLISION | | | | F IMPAIRMENT - PHYSICAL* |
| B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | G IMPAIRMENT NOT KNOWN |
| C OBSTRUCTION ON ROADWAY* | | | | | K DEFECTIVE VEH. EQUIP.:   CITED ☐ YES ☐ NO | | | | H NOT APPLICABLE |
| D CONSTRUCTION - REPAIR ZONE | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | I SLEEPY / FATIGUED* |
| E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | |
| F FLOODED* | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER* | | | | |
| G OTHER*: | F NOT IN ROAD | | | | N NONE APPARENT | | | | |
| X H NO UNUSUAL CONDITIONS | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | |

**SKETCH**   — ATTACHED —

INDICATE NORTH

**MISCELLANEOUS**   — ATTACHED —

OSP 07 100656

**STATE OF CALIFORNIA**
**INJURED / WITNESS / PASSENGERS**
CHP 555 Page 3 (Rev. 1-03) OPI 061

Page 3 of 6

| DATE OF COLLISION | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 08 17 08 | 0418 | 3711 | 6477 | 807133 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ # | ☐ | 25 | M | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | P1 | 1 | L | G | NO |

**NAME / D.O.B. / ADDRESS:** DAVID NATANIEL PENCE / 09-25-1982 / 9742 ARAPAHO ST SPRING VALLEY CA 91977
**(INJURED ONLY) TRANSPORTED BY:** MEDIC #1  **TAKEN TO:** MERCY HOSPITAL
**DESCRIBE INJURIES:** FACIAL; BLEEDING LIP AND NOSE

☒ # 1

[Remaining injured/witness/passenger rows are blank]

Diagonal stamp (partially legible): "I certify that the information requested will be used solely for these limited purposes stated, and will not be used to harass, intimidate, or humiliate any person. The requesting agency or state hereby agrees to indemnify and hold harmless the San Diego Police Department and the City of San Diego for liability arising out of information provided."

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| K. CRUMB | 6477 | 08 17 08 | A/SGT OWENS # 5602 | 8-18-08 |

| STATE OF CALIFORNIA<br>FACTUAL DIAGRAM<br>CHP 555 Page 4(Rev. 1-03) OPI 061 | | | | | Page 4 of 10 |
|---|---|---|---|---|---|
| DATE OF COLLISION (MO. DAY YEAR)<br>08-17-08 | TIME (2400)<br>0418 | NCIC #<br>3711 | | OFFICER I.D.<br>6477 | NUMBER<br>807183 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE = )

NOT TO SCALE

(hand-drawn intersection diagram with stop signs, lane widths marked 18 FT, 12 FT, 18 FT across top and 18 FT, 18 FT across bottom; north arrow pointing up)

...under purposes stated, and will not be used to harass,
... or humiliate any person. The requesting facility or
person hereby agrees to indemnify and hold harmless the San
Diego Police Department and the City of San Diego for liability
arising out of the improper use of the information provided

| PREPARED BY<br>K. CRUMB | I.D. NUMBER<br>6477 | MO. DAY YEAR<br>0817 08 | REVIEWER'S NAME<br>A/SGT OWENS H5602 | MO. DAY YEAR<br>8-18-08 |
|---|---|---|---|---|

OSP 03 75578

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL
CHP 556 (Rev. 7-90) OPI 061

Page 5 of 6

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 8-17-08 | 0418 | 3711 | U477 | 807183 |

"X" ONE: [X] Narrative  [ ] Supplemental
"X" ONE: [X] Collision Report  [ ] Other: ___
TYPE SUPPLEMENTAL ("X" APPLICABLE): [ ] BA Update  [ ] Hazardous Materials  [ ] Fatal  [ ] School Bus  [ ] Hit and Run Update  [ ] Other: ___

CITY/COUNTY/JUDICIAL DISTRICT: SAN DIEGO / SAN DIEGO COUNTY
REPORTING DISTRICT/BEAT: SE3 / 444
CITATION NUMBER: ___
LOCATION/SUBJECT: 3600 FEDERAL BLVD
STATE HIGHWAY RELATED: [ ] Yes  [X] No

1. **FACTS:**
2. **NOTIFICATION:** I RECEIVED A RADIO CALL OF AN INJURY ACCIDENT
3. AT 0418 HOURS. I RESPONDED FROM SOUTHEAST SUBSTATION. TIMES
4. AND SPEEDS IN THIS INVESTIGATION ARE APPROXIMATE.
5. MEASUREMENTS WERE TAKEN USING MY PACE COUNT.
6.
7. **SCENE:** FEDERAL BLVD IS A TWO LANE ROADWAY DIVIDED
8. BY DOUBLE SOLID YELLOW LINES. THERE ARE TWO NORTH-
9. BOUND LANES DIVIDED BY BROKEN WHITE LINES. THE
10. POSTED SPEED LIMIT IS 35 MPH.
11.
12. **STATEMENTS:** REFER TO OFF. DUNGAN'S (#6132) REPORT.
13.
14. **OPINIONS AND CONCLUSIONS:**
15. **SUMMARY:** PENCE (P-1) WAS TRAVELING EASTBOUND ON HWY 94
16. AND EXITED HOME AVE. PENCE (P-1) WAS TRAVELING APPROXIMATELY
17. 60 MPH AND FAILED TO STOP AT THE POSTED STOP SIGN. DUE
18. TO FEDERAL BLVD. BEING A NORTH/SOUTH STREET, PENCE
19. (P-1) DROVE THROUGH A GUARDRAIL, OVER A FOUR TO FIVE FOOT
20. DEEP DITCH AND INTO THE BACK OF A HOUSE (1933 39th
21. STREET #B)
22.
23. **CAUSE:** PENCE (P-1) CAUSED THE COLLISION BY VIOLATING
24. SECTION 22350 OF THE CALIFORNIA VEHICLE CODE WHICH STATES
25. IN PART: "NO PERSON SHALL DRIVE A VEHICLE UPON A HWY AT A
26. SPEED GREATER THAN IS REASONABLE OR PRUDENT HAVING
27. DUE REGARD FOR WEATHER, VISIBILITY, THE TRAFFIC ON, AND
28. THE SURFACE AND WIDTH OF, THE HWY, AND IN NO EVENT AT
29. A SPEED WHICH ENDANGERS THE SAFETY OF PERSONS OR
30. PROPERTY.
31.

PREPARER'S NAME and I.D. NUMBER: R. CRUMB U477
DATE: 8-18-08
REVIEWER'S NAME: K FORTIER 3721
DATE: 8-18-08

PG 6 OF 6

807183



NOT USED

I certify that the information requested will be used solely for those limited purposes stated, and will not be used to harass, degrade, or humiliate any person. The requesting agency or person hereby agrees to indemnify and hold harmless the San Diego Police Department and the City of San Diego for liability arising out of the improper use of the information provided.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PENCE, David Nathanile

### DEFENDANTS
Scripps Hospitals

**FILED 2008 AUG 29 PM 1:52**

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Office of George Seymour
PO Box 2033, Beverly Hills, CA 90213  310.770.8298

Attorneys (If Known)
Richard Sheridan, Esq

**08 CV 1592 DMS JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S. Civil Statute: 42 U.S.C. 290 dd - 2, 42 C.F.R. 2.13

Brief description of cause:
Order protecting Patient Confidentiality

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE N/A    DOCKET NUMBER N/A

DATE: 08/29/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____