# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL PENCE,<br><br>                       Plaintiff,<br>vs.<br><br>SCRIPPS HOSPITALS,<br><br>                       Defendant. | CASE NO. 08cv1592 DMS(JMA)<br><br>**ORDER (1) DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND (2) DISMISSING CASE WITHOUT PREJUDICE** |

      Plaintiff has submitted an "Emergency Petition for Extraordinary Writ of Prohibition to Enjoining [sic] Defendant From Releasing Confidential Medical Records of Petitioner," along with a motion to proceed *in forma pauperis* ("IFP").

      Plaintiff's motion to proceed IFP shows that Plaintiff's gross monthly income is $3,152, and he has a balance of $1,200 in his checking account. In light of this evidence, Plaintiff's motion to proceed *in forma pauperis* is denied without prejudice, and the Complaint is DISMISSED without prejudice. Pursuant to this Order, however, Plaintiff is granted 30 days leave to pay the $350 filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or to submit additional documentation regarding his economic status. **IF PLAINTIFF CHOOSES TO FILE**

/ / /

/ / /

/ / /

**ADDITIONAL INFORMATION REGARDING HIS POVERTY, HE MUST ATTACH A COPY OF THIS ORDER**.

  **IT IS SO ORDERED**.

DATED: September 2, 2008

                 _____
                 HON. DANA M. SABRAW
                 United States District Judge