

08cv1592 DMS (JMA)

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154627    - TC

September 03, 2008
11:02:41

Civ Fil Non-Pris
USAO #.: 08CV1592
Judge..: DANA M SABRAW
Amount.:                $350.00 CK
Check#.: PC109

Total-> $350.00

FROM: PENCE
VS
SCRIPPS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL PENCE,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>SCRIPPS HOSPITALS,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08cv1592 DMS(JMA)<br><br>**ORDER (1) DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND (2) DISMISSING CASE WITHOUT PREJUDICE** |

　　　　Plaintiff has submitted an "Emergency Petition for Extraordinary Writ of Prohibition to Enjoining [sic] Defendant From Releasing Confidential Medical Records of Petitioner," along with a motion to proceed *in forma pauperis* ("IFP").

　　　　Plaintiff's motion to proceed IFP shows that Plaintiff's gross monthly income is $3,152, and he has a balance of $1,200 in his checking account. In light of this evidence, Plaintiff's motion to proceed *in forma pauperis* is denied without prejudice, and the Complaint is DISMISSED without prejudice. Pursuant to this Order, however, Plaintiff is granted 30 days leave to pay the $350 filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or to submit additional documentation regarding his economic status. **IF PLAINTIFF CHOOSES TO FILE**

/ / /

/ / /

/ / /

1 | **ADDITIONAL INFORMATION REGARDING HIS POVERTY, HE MUST ATTACH A**
2 | **COPY OF THIS ORDER**.
3 |         **IT IS SO ORDERED**.
4 | DATED:  September 2, 2008

HON. DANA M. SABRAW
United States District Judge